|   |   |
|---|---|
| NOAH WICK on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>Defendant. | No. 2:16-cv-00914<br><br>**STIPULATION OF WITHDRAWAL OF MOTION AND NOTICE OF BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**STIPULATION**

Plaintiff Noah Wick, ("Plaintiff") and Defendant Twilio, Inc. ("Defendant"), by and through their respective counsel of record, stipulate and hereby request entry of the following proposed order in the above-captioned case.

Whereas Plaintiff filed his Complaint on June 15, 2016 (Dkt. 1).

Whereas Defendant filed a motion to dismiss on July 15, 2016 (Dkt 14).

Whereas Plaintiff filed a First Amended Complaint on August 5, 2016 (Dkt. 22) which superseded the Complaint filed in this case.

Whereas Defendant will file a motion to dismiss the First Amended Complaint on August 19, 2016.

STIPULATION OF WITHDRAWAL OF MOTION AND NOTICE OF BRIEFING SCHEDULE (16-cv-00914)- 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

The parties agree to the following:  The first motion to dismiss is mooted by the First Amended Complaint, which supersedes the Complaint first filed in this case.  Defendant withdraws their first motion to dismiss.  The parties agree to the following briefing schedule on Defendant'' Motion to Dismiss Plaintiffs' First Amended Complaint.

1. Defendant will file their Motion to Dismiss on August 19, 2016.

2. Plaintiff will file their opposition to Defendants' Motion to Dismiss on September 12, 2016.

3. Defendant will file their Reply to their Motion to Dismiss on September 16, 2016.  The motion will be noted for consideration on September 16, 2016.

## [PROPOSED] ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
Robert S. Lasnik
United States District Judge

Agreed to and Presented By:

*s/ Karin B. Swope*
*s/ Mark A. Griffin*
Karin B. Swope, WSBA #24015
Mark A. Griffin, WSBA #16296
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Phone: (206) 623-1900
Fax: (206) 623-3384
Email: mgriffin@kellerrohrback.com
Email: kswope@kellerrohrback.com

*s/ June P. Hoidal*
June P. Hoidal (admitted *Pro Hac Vice*)
ZIMMERMAN REED, LLP

STIPULATION OF WITHDRAWAL OF MOTION AND NOTICE OF BRIEFING SCHEDULE (16-cv-00914)- 2

**KELLER ROHRBACK L.L.P**.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Tel: (612) 341-0400
Fax: (612)341-0844
Email: June.Hoidal@zimmreed.com

*Attorneys for Plaintiff*

s/ Michael B. Hazzard
s/ James W. Uthmeier
Michael B. Hazzard
James W. Uthmeier
JONES DAY
51 Louisiana Avenue NW
Washington, DC  20001
Phone: (202) 879-5439
Email: mhazzard@jonesday.com
Email: juthmeier@jonesday.com

s/ Dunca Turner
Duncan Turner
BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA  89155
Phone: (206) 621-6566
Fax: (206) 621-9686
Email: duncanturner@badgleymullins.com

*Attorneys for Defendants*

STIPULATION OF WITHDRAWAL OF MOTION AND NOTICE OF BRIEFING SCHEDULE (16-cv-00914)- 3

**KELLER ROHRBACK L.L.P**.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384