# EXHIBIT 1

> WE ONLY HAVE A LIMITED SUPPLY AVAILABLE! As of Friday, November 4, 2016 we currently have product in stock and ship within 24 hours of purchase.



## The Science Behind Crevalor

**Isn't it about time you felt invincible in the gym and in the bedroom? If you already think you do, you have no idea what you're missing. Crevalor will ignite you and your partner like you never thought possible. It's time to start getting the body and incredible sex life you've always imagined!**

As men get older testosterone levels begin to drop. In fact, after age 30 your testosterone levels drop by 2-4% per year. If you are looking for an edge, a secret weapon, that will help you push harder and maximize your potential. Well, we're here to help. Crevalor is a safe way to boost free testosterone and burn fat. Almost every man can benefit from an increase in free testosterone to increase his experience in the gym and in the bedroom. Free testosterone doesn't just increase lean muscle mass, it also heightens your sexual appetite and alters your body's chemistry to skyrocket virility which increases your stamina to keep your partner satisfied during hours of amazing sex.

It doesn't matter who you are, pairing Crevalor with your workout routine means an insane boost to your libido. The powerful ingredients of Crevalor help fuel muscle growth giving you raw power when you need it most. Your heightened virility will make you feel like a god in the bedroom.

## Proven Powerful Ingredients



**L-ARGININE HCL**
Nobel prize winning technology on blood flow. Ensures blood vessels dilate and drive blood into the muscles (or penis) when you need it most.

**MACA ROOT**
An herb found high in the mountains, it balances hormones, increases energy and focus while boosting sexual drive.

**SIBERIAN GINSENG**
Natural herb that boosts the immume system and increases muscle strength.

**TRIBULUS TERRISTRIS**
Natural herb that has been proven to increase natural testosterone production, which leads to increased sexual performance, building lean muscle mass and shedding fat.

**YOHIMBE**
A powerful natural ingredient that provides a slight tingle sensation in the body while it activates blood flow, energy and raw sexual power.

## What are Real Men Saying?



**"I never believed I would have the body and sex life that I have now!**
*I'm not a professional bodybuilder but I still like the way this product helps me shape my muscles and get ripped. I've added about an inch and a half in muscle mass around my arms and an inch on the chest. This stuff is fantastic!. I'm getting ripped faster than ever and I have more energy during sex."*
***- Randy, 36 - Los Angeles***

WHERE DO WE SEND YOUR BOTTLE?

First Name

Last Name

Address

City

* Select State

ZIP

Phone

Email



# Best Results Achieved with 90 Days Continuous Use.







Terms & Conditions (http://www.crevalor.com//inc/terms.php) / Privacy Policy (http://www.crevalor.com//inc/privacy.php ) / Contact Us (http://www.crevalor.com//inc/contact.php)

These statements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any condition or disease. Neither the product or any of its ingredients have been approved or endorsed by the FDA or any other government agency. Please consult your physician before beginning any program. Celebrities neither endorse nor sponsor any of the products and/or services. Product is not affiliated in any way by any news source. All trademarks, logos, and service marks (collectively the "Trademarks") displayed are registered and/or unregistered Trademarks of their respective owners. By using this site you agree to follow the Privacy Policy and all Terms & Conditions printed on this site.

Representations regarding the efficacy and safety of Crevalor have not been scientifically substantiated or evaluated by the Food and Drug Administration. We are not responsible for any reviews, reports, emails, advertisements or blogs that may have led you to this page. If you feel any of these 3rd party reviews, advertisements, blogs or reports may be inaccurate, please contact us immediately. We do not condone or endorse any inaccurate information, statistics and/or claims made by 3rd parties in regards to our product. Results will vary.