# EXHIBIT 2-A

**WE ONLY HAVE A LIMITED SUPPLY AVAILABLE!** As of Thursday, May 26, 2016 we currently have product in stock and ship within 24 hours of purchase.

## JUST BE A MAN!

**TIME'S RUNNING OUT!**

00 DAYS : 11 HOURS : 59 MINUTES : 39 SECONDS






