# EXHIBIT 2-B

# EXHIBIT 2-B









Terms & Conditions / Privacy Policy / Contact Us

These statements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any condition or disease. Neither the product or any of its ingredients have been approved or endorsed by the FDA or any other government agency. Please consult your physician before beginning any program. Celebrities neither endorse nor sponsor any of the products and/or services. Product is not affiliated in any way by any news source. All trademarks, logos, and service marks (collectively the "Trademarks") displayed are registered and/or unregistered Trademarks of their respective owners. By using this site you agree to follow the Privacy Policy and all Terms & Conditions printed on this site.

Representations regarding the efficacy and safety of Crevalor have not been scientifically substantiated or evaluated by the Food and Drug Administration. We are not responsible for any reviews, reports, emails, advertisements or blogs that may have led you to this page. If you feel any of these 3rd party reviews, advertisements, blogs or reports may be inaccurate, please contact us immediately. We do not condone or endorse any inaccurate information, statistics and/or claims made by 3rd parties in regards to our product. Results will vary.