Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOAH WICK, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br>TWILIO, INC.,<br>　　　　　　Defendant. | Case No. 2:16-cv-00914<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF COUNSEL** |

Defendant, Twilio Inc. ("Twilio"), by and through undersigned counsel, respectfully moves for an Order permitting withdrawal of James W. Uthmeier and Kaytlin L. Roholt as counsel for Twilio in this matter.

Twilio is represented in this matter by Michael B. Hazzard, who entered his appearance on June 29, 2016 [ECF No. 10], along with other Jones Day attorneys.

DATED this 23rd day of January, 2017.

　　　　　　　　　　　　　　　　　　*/s/Duncan C. Turner*
　　　　　　　　　　　　　　　　　　Duncan C. Turner, WSBA #20957
　　　　　　　　　　　　　　　　　　BADGLEY MULLINS TURNER PLLC
　　　　　　　　　　　　　　　　　　19929 Ballinger Way NE, Suite 200
　　　　　　　　　　　　　　　　　　Seattle, WA 98155
　　　　　　　　　　　　　　　　　　Telephone: (206) 621-6566
　　　　　　　　　　　　　　　　　　Facsimile: (206) 621-9686
　　　　　　　　　　　　　　　　　　Email; dturner@badgleymullins.com

**DEFENDANT'S NOTICE OF WITHDRAWAL OF COUNSEL** - 1
Case No. 2:16-cv-00914

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Michael B. Hazzard (pro hac vice)
James W. Uthmeier (pro hac vice)
Kaytlin L. Roholt (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3829
Facsimile: (202) 626-1700
Counsel for Defendant,
TWILIO INC.
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, causing it to be served on all registered users.

s/Staci Wilkie
Staci Wilkie, Paralegal

**DEFENDANT'S NOTICE OF WITHDRAWAL OF COUNSEL** - 2
Case No. 2:16-cv-00914

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686