# United States District Court

WESTERN DISTRICT OF WASHINGTON

NOAH WICK, on behalf of himself and all others similarly situated,

v.

TWILIO INC.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C16-914RSL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered against plaintiff and in favor of defendant.

| July 12, 2017 | William M. McCool |
| | Clerk |

/s/Sharita Tolliver
By, Deputy Clerk